AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Dennis L. | USDC, WDNC | 10/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, full | ☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse Building
100 Otis Street, Room 302
Asheville, NC 28801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Dennis L. Howell, P.A., Attorney at Law | $4,142.86 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 | E | Dividend | P1 | T | | | | | |
| 2. | -AQR Fds Diversified Arbitrage I | | | | | | | | | |
| 3. | -DFA Emerg. Mkt. Value Fund | | | | | | | | | |
| 4. | -DFA Emerg. Mkts Fund | | | | | | | | | |
| 5. | -DFA Emerg. Mkts. Sm Cap Fund | | | | | | | | | |
| 6. | -Dfa Int' Real Estate Fund | | | | | | | | | |
| 7. | -DFA Int'l Sm. Cap Value Fund | | | | | | | | | |
| 8. | -DFA Int'l Small Co. Fund | | | | | | | | | |
| 9. | -DFA Int'l Value Fund | | | | | | | | | |
| 10. | -DFA Large Cap Value Fund | | | | | | | | | |
| 11. | -DFA Real Estate Sec. Fund | | | | | | | | | |
| 12. | -DFA US Large Co. Instl. | | | | | | | | | |
| 13. | -DFA US Micro Cap Fund | | | | | | | | | |
| 14. | -DFA US Sm. Cap Value Fund | | | | | | | | | |
| 15. | -Loomis Sayles Bond Fund I | | | | | | | | | |
| 16. | -Natixis ASG Global Alt Fd CL Y | | | | | | | | | |
| 17. | -Vanguard Ltd Term T?E Fd (Adm) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -VG S/T invest. Grade (Admiral) | | | | | | | | | |
| 19.  -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 20.  -TD Bank- Cash Accounts | | | | | | | | | |
| 21.  -SEP IRA #2 | D | Dividend | N | T | | | | | |
| 22.  -AQR Fds Diversified Arbitrage I | | | | | | | | | |
| 23.  -DFA Core Emerg. Mkts. Fund | | | | | | | | | |
| 24.  -DFA Int'l Real Estate Fund | | | | | | | | | |
| 25.  -DFA Int'l Core Equity | | | | | | | | | |
| 26.  -DFA Real State Sec. Fund | | | | | | | | | |
| 27.  -DFA US Core Equity 2 Fund | | | | | | | | | |
| 28.  -Loomis Sayles Bond Fund I | | | | | | | | | |
| 29.  -Natixis ASG Global Alt Fd CL Y | | | | | | | | | |
| 30.  -VG S/T Invest. Grade (Admiral) | | | | | | | | | |
| 31.  -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 32.  -TD Bank-Cash accounts | | | | | | | | | |
| 33.  -IRA #3 | C | Dividend | M | T | | | | | |
| 34.  -S&P 500 Depository Receipts | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -AQR Fds Diversified Arbitrage 1 | | | | | | | | | |
| 36.   -Baron Small Cap Fund | | | | | | | | | |
| 37.   -DFA Emerg. Mkt Value Fund | | | | | | | | | |
| 38.   -DFA Emerg. Mkts. Fund | | | | | | | | | |
| 39.   -DFA Emerg. Mkts. Sm. cap Fund | | | | | | | | | |
| 40.   -DFA Int'l Real Estate Fund | | | | | | | | | |
| 41.   -DFA Int'l Sm. Cap Value Fund | | | | | | | | | |
| 42.   -DFA Int'l Small Co. Fund | | | | | | | | | |
| 43.   -DFA Int'l Value Fund | | | | | | | | | |
| 44.   -DFA Large Cap Value Fund | | | | | | | | | |
| 45.   -DFA Real Estate Sec. Fund | | | | | | | | | |
| 46.   -DFA US Large Co. Instl | | | | | | | | | |
| 47.   -DFA US Micro Cap Fund | | | | | | | | | |
| 48.   -DFA US Sm. Cap Value Fund | | | | | | | | | |
| 49.   -Loomis Sayles Bond Fund I | | | | | | | | | |
| 50.   -Natixis ASG Global Alt Fd CL Y | | | | | | | | | |
| 51.   -Vanguard Pacific Index Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VG European Index Fund | | | | | | | | | |
| 53. -VG S/T Invest Grade (Admiral) | | | | | | | | | |
| 54. -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 55. -TD Bank - cash accounts | | | | | | | | | |
| 56. -Wells Fargo Bank | A | Interest | K | T | | | | | |
| 57. Rental Property #1 Burnsville, NC | D | Rent | M | S | | | | | |
| 58. Rental Property #2 Burnsville, NC | | None | M | S | | | | | |
| 59. Rental Property #3 Burnsville, NC | | None | K | S | | | | | |
| 60. Southern Farm Bureau life insurance | B | Interest | K | T | | | | | |
| 61. Dennis L. Howell, PA | | None | J | U | | | | | |
| 62. TD Bank accounts | A | Interest | J | T | | | | | |
| 63. First Citizen Investors Services | | | | T | | | | | |
| 64. -Buncombe Cnty NC CTFS PARTN | B | Interest | K | | | | | | |
| 65. -North Carolina ST Pub IMPT-SEVA | B | Interest | K | T | | | | | |
| 66. -Orange Cnty, NC CTFS Partin Pub Impts | A | Int./Div. | K | T | | | | | |
| 67. -University NC SYS Pod Rev RFD G-SERB | A | Interest | K | T | | | | | |
| 68. -University NC Charlotte Rev | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L.. | 10/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. UBS Financial Services, Inc. | | | | | | | | | |
| 70. -Anika Therapeutics, Inc. ANIK | | None | | | Sold | | | | |
| 71. -First Horizon Nat'l Corp. FHN | A | Dividend | J | T | | | | | |
| 72. -Jefferson Bank Shares, Inc. JBFI | | None | J | T | | | | | |
| 73. -Blackrock Muniholdings Quality Fund, Inc. MUS | B | Interest | L | T | | | | | |
| 74. -Blackrock Muniyield Quality Fund III, Inc. MYI | A | Interest | L | T | | | | | |
| 75. -Blackrock Muniyield Quality Fund, Inc. CLB, MQY | C | Interest | L | T | | | | | |
| 76. -Blackrock Muniyield Quality Fund II, Inc. MQT | B | Interest | K | T | | | | | |
| 77. -Eaton Vance Tax Advantage Globel Divident Fund ETG | B | Interest | L | T | Sold | 07/12/13 | K | D | |
| 78. UBS Cash Depost Fund | | None | L | T | | | | | |
| 79. UBS common stock (X) | A | Interest | K | T | | | | | |
| 80. -Nuveen Quality Muni Fund Inc. NQI | D | Interest | L | T | Buy | 01/02/13 | L | | |
| 81. | | | | | Buy | 01/11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 10/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

(57) Rental #1 - In regard to this rental property, this property's value is based upon the tax valuation as assessed by the Yancey County Tax Collector.  The last assessment was performed in the year 2008.   The assessed value is at 100% of the fair market value which would make the total fair market value of this property $180,360.

(58) Rental Property #2 - In regard to this property, this property's value is based upon tax valuation as assessed by the Yancey County Tax Collector.  The last assessment was performed in the year 2008.  Rent is not received concerning this property.  The assessed value is at 100% of the fair market value which would make the total fair market value of this property $160,000.

(59) Rental Property #3 - In regard to this property, this property's value is based upon tax valuation as assessed by the Yancey County Tax Collector.  The last assessment was performed in the year 2008.  This property is investment property.  No rental income is received from this property.  The assessed value is at 100%         of the fair market value which would make the total fair market         value of this property at $20,136.

(61)  Dennis L. Howell, P.A. - This investment is included at book value.  This is professional association.  Its assets consist of computers and business equipment.  The filer is the sole stockholder and director and is president of this professional association.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544